UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEITH THOMAS COX,

        Plaintiff,

  - against -

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) ET. AL., AMTRAK
POLICE OFFICER RON HUNTE #00441, HUDSON
GROUP (HUDSON NEWS) ET. AL., RIFAT RIZVI,
STORE MANAGER, HUDSON NEILS, 234 WEST
33RD ST. (PENN. STATION) ASSISTANT DISTRICT
ATTORNEY SCOTTO, NEW YORK COUNTY, CITY
OF NEW YORK, ET AL., ASSISTANT DISTRICT
ATTORNEY GERARD MENUSKI, NEW YORK
COUNTY,

        Defendant.
-------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

    Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

These representations are made in order that the judges of this court may determine the

456955.1 DocsNY

need for recusal.

Dated:     New York, New York
           February 20, 2008

                    Respectfully submitted,

                    LANDMAN CORSI BALLAINE & FORD P.C.

                    By:_____
                         Ronald E. Joseph  (RJ 9302)
                    Attorneys for Defendants
                    NATIONAL RAILROAD PASSENGER
                    CORPORATION (AMTRAK) ET. AL., and AMTRAK
                    POLICE OFFICER RON HUNTE #00441
                    120 Broadway, 27th Floor
                    New York, New York  10271-0079
                    (212) 238-4800

TO:        KEITH COX
           07-A-4927
           Orleans Corr. Fal.
           3531 Gaines Basin Rd.
           Albion, NY 14411-9199

456955.1 DocsNY                          2

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                              ) ss.:
COUNTY OF NEW YORK  )

       **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

       That on the 20th day of February, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

> KEITH COX
> 07-A-4927
> Orleans Corr. Fal.
> 3531 Gaines Basin Rd.
> Albion, NY 14411-9199

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Ryan New

Sworn to before me this
20th day of February, 2008

_____
Notary

ANDREW P. KEAVENEY
Notary Public, State of New York
No. 01KE5066544
Qualified in Suffolk County
Commission Expires Sept. 30, 201°

456949.1 DocsNY