

RECEIVED
MAR 12 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

ROBERT M. MORGENTHAU

# MEMO ENDORSED

March 11, 2008

*[handwritten endorsement]:* Premotion conference is waived; April 11, response is due, May 16 by plaintiff; May 30 ad reply, June's due. Conference with Local Rule 12.1 is required. SO ORDERED. PKC USDJ 3-12-0

**BY HAND**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: <u>Keith Thomas Cox v. National R.R. Passenger Corp (Amtrak), et al.</u>
07 Cv. 7654 (PKC)

Your Honor:

This letter is sent in connection with the above-captioned matter, a <u>pro se</u> case brought pursuant to 42 U.S.C. § 1983 against, <u>inter alia</u>, New York County Assistant District Attorneys Michael A. Scotto and Gerard Monusky ("the ADA Defendants"). On behalf of the ADA Defendants, I plan to file a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In accordance with Your Honor's Individual Rule of Practice 2(A), I respectfully request a pre-motion conference on this motion.

As against the ADA Defendants, plaintiff's amended complaint raises a claim under § 1983 arising out of his 2006 arrests and ensuing criminal prosecutions in New York County (Am. Complaint, pp. 4-5). Since the only conduct of the ADA Defendants about which plaintiff complains involved their alleged malfeasance during the course of those prosecutions – <u>e.g.</u>, that the prosecutors violated their <u>Brady</u> obligations (Am. Compl. p. 5) – it appears that plaintiff is attempting to press a claim sounding in malicious prosecution against these defendants. However, the law is clear that the ADA Defendants enjoy absolute immunity from any such cause of action. <u>E.g.</u>, <u>Imbler v. Pachtman</u>, 424 U.S. 409, 431 n.33 (1976); <u>Bernard v. County of Suffolk</u>, 356 F.3d 495, 503-05 (2d Cir. 2004).

**DISTRICT ATTORNEY, NEW YORK COUNTY**

Hon. P. Kevin Castel                    Page 2                    March 11, 2008

Accordingly, I respectfully request that the Court order a pre-motion conference or, in the alternative, permit the ADA Defendants to file a motion to dismiss the complaint.

Thank you in advance for your consideration.

Respectfully submitted,

Michael S. Morgan (MM-9360)
Senior Appellate Counsel
Director, Civil Litigation Unit
(212) 335-9371 (telephone)
(212) 335-9288 (fax)

cc:    Keith Thomas Cox, 07-A-4927
       Orleans Correctional Facility
       3531 Gaines Basin Road
       Albion, NY  14411-9199
       (by mail)