UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEITH THOMAS COX,

                              Plaintiff,                07 Civ. 07654 (PKC) (DF)

             -against-                         **SCHEDULING ORDER**

NATIONAL PASSENGER RAILROAD CORP., et al.,

                              Defendants.

------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

    It is hereby ORDERED that the office of the District Attorney shall make arrangements for plaintiff to participate in a telephone conference call with counsel and the Court on May 5, 2008, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated:  New York, New York
          April 22, 2008

                                            SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

<u>Copies to:</u>

Mr. Keith Thomas Cox
07-A-4927
Orleans Correctional Facility
3531 Gaines Basin Rd.
Albion, NY 14411-9199

Ronald E Joseph, Esq.
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271

Timothy G. Ronan, Esq.
Pullman & Conmley, LLC
300 Atlantic St.
Stanford, CT  06901

Michael S. Morgan, Esq.
Senior Appellage Counsel
Director, Civil Litigation Unit
One Hogan Place
New York, NY  10013