# PULLMAN & COMLEY, LLC
## ATTORNEYS AT LAW

TIMOTHY G. RONAN
300 Atlantic Street
Stamford, CT 06901-3522
Direct dial: 203 674 7933
Facsimile: 203 363 8659
tronan@pullcom.com
www.pullcom.com

June 30, 2008

Keith Thomas Cox #07-A-4927
c/o Butler Correctional Facility
P.O. Box 400
Red Creek, NY 13143-0400

Re:    **Keith Thomas Cox v. National Railroad Passenger Corp. et al; Waiver and Consent
to Joint Representation, Civil File No.: 07 Civ. 7654**

Dear Mr. Cox:

At the request of Judge Freeman, the Defendants, Hudson News Company and Rifat
Rizvi, obtained a copy of the transcript of the proceedings which took place on May 5, 2008. As
a courtesy, a copy of this transcript is attached for your reference.

Sincerely,

Timothy G. Ronan

TGR:kje

Enclosure

cc:    The Honorable Debra C. Freeman
Ronald E. Joseph, Esq. (*via electronic mail*)
Michael S. Morgan, Esq. (*via electronic mail*)
Cara A. Ceraso, Esq. (*via electronic mail*)

BRIDGEPORT    GREENWICH    HARTFORD    STAMFORD    WESTPORT    WHITE PLAINS