UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEITH THOMAS COX,

                      Plaintiff,              07 Civ. 07654 (PKC) (DF)

        -against-                        **SCHEDULING ORDER**

NATIONAL PASSENGER RAILROAD CORP., et al.,

                      Defendants.

------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a telephone conference on September 2, 2008, with Plaintiff, proceeding *pro se*, and counsel for the Defendants, it is hereby ORDERED as follows:

1.    Defendants (except those as to whom discovery has been stayed) shall serve their responses to Plaintiff's interrogatories and document requests no later than September 23, 2008.

2.    The District Attorney's Office is directed to make arrangements for Plaintiff and counsel for the Defendants to participate in a follow-up telephone conference call with the Court on October 17, 2008 at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated:  New York, New York
          September 9, 2008

                                          SO ORDERED

                                          DEBRA FREEMAN
                                          United States Magistrate Judge

Copies mailed 9-9-08
Chambers of Magistrate Judge Freeman

Copies to:

Mr. Keith Thomas Cox
07-A-4927
Orleans Correctional Facility
3531 Gaines Basin Rd.
Albion, NY 14411-9199

Ronald E Joseph, Esq.
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271

Timothy G. Ronan, Esq.
Pullman & Conley, LLC
300 Atlantic St.
Stamford, CT 06901

Michael S. Morgan, Esq.
Senior Appellage Counsel
Director, Civil Litigation Unit
One Hogan Place
New York, NY 10013